

**ORDERED in the Southern District of Florida on August 8, 2025.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Yosvandy Ramos                                    Case No.: 25-16254-LMI
                                                           Chapter 13
_____Debtor_____/

## AGREED ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME TO RESPOND TO 2004 EXAMINATION DUCES TECUM
(Cancels the Hearing set for August 11, 2025, at 10:30AM)

**THIS MATTER** came to the Court on Debtor's Motion for Extension of Time to Respond to 2004 Examination Duces Tecum [herein "Motion"; ECF #23]. Based upon the record, noting the agreement of the parties, it is **ORDERED** as follows:

1. The Debtor's Motion is GRANTED.

2. The Debtor shall have through and including **August 22, 2025**, to respond to the TD Bank, N.A.'s 2004 Examination Duces Tecum [ECF#17].

# # #

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.