UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

RE:     YOSVANDY RAMOS                                                    CASE NUMBER: 25-16254-LMI

## TRUSTEE'S NOTICE OF DEFICIENCY AND RECOMMENDATION
### (If this case is dismissed, this deficiency is an objection to reinstate)

The Trustee reviewed this case and found the following deficiencies remain unresolved from the Trustee's letter or requirements under the Bankruptcy Code and Rules. *The Trustee reserves the right to raise additional objections UNTIL all documents are provided to the Trustee and reviewed for issues raised and additional documents needed.* **See Court Notice of Commencement for additional information and Trustee's website www.CH13miami.com for forms and procedures.**

As appropriate, all written responses or documents must be received through BKDOCS.US or filed with the Clerk by 5pm at least 15 days prior to the first confirmation hearing or agreed deadline if confirmation is continued. Pro Se debtors may fax documents to 954-443-4452. Late documents may not be reviewed or considered, and this case may be at risk of dismissal. The Trustee's Office has a "Pre-call" date, **THE THURSDAY PRIOR TO THE HEARING**. During this period, the Debtor's or Creditor's attorney must call and speak to the Trustee's staff attorney unless they agree to the Trustee's recommendation. A final calendar will be published with any changes to this recommendation the day before the hearing on the front page of the Trustee's website.

***RECOMMENDATIONS ARE CHANGED UPON REVIEW OF DOCUMENTS NOT RECEIPT***

**THE DEBTOR'S ATTORNEY OR SELF REPRESENTED DEBTOR MUST APPEAR AT THE CONFIRMATION HEARING OR THE CASE MAY BE DISMISSED**

TRUSTEE'S RECOMMENDATION FOR HEARING                                    LAST REVIEWED: **10/6/2025**

**Plan served 6/4**
**If debtor's counsel appears, confirms service, agrees to vesting and the recommendation on the record:**
**Continue to 11/4**:
**Due on or before 10/17:** Remains unresolved from 9/9: 1) Object or Conform to POC No. 1 (Treatment not provided for in plan), 2) Amend Plan to include IVL, 3) Amend Plan to include the court claim # for creditor in Section III.E1 (POC#4), 4) Amend plan to pay CH7 of $15,066.98 – includes 2024 tax refund, 5) Provide copies of the following bank statements for Miles by Tiles, Corp: #7927 (5/1 – 5/31/25), 6) File LF76 (Bar Date: 8/11/2025), 7) Provide evidence of household size (government ID w/ address) and income of all adults disclosed on Sch J and CMI – adult son and **NEW ISSUES due on or before 10/17**: 8) Provide explanation and evidence of use of the following checks from #7144: Ck #14054 3/3 $2400, Ck #14055 3/10 $1000, Ck #14056 3/10 $2000, Ck #14058 3/19 $1300, Ck #14060 4/1 $1200 and 8) Provide explanation and evidence of use of the following withdrawals from #7144: 3/3 $1874.41, 3/10 $1874.41, 3/17 $1874.41, 3/24 $3000 & 3/24 $1874.41, 3/31 $1873.66, 4/7 $1854.16, 4/14 $1854.16

*\* Trustee will request dismissal on the November calendar if documents not provided & issues resolved before 10/17 \**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

*Submitted by:*
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402